November 4, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN MEMORIAL CITY HOSPITAL, Appellant

NO. 14-14-00136-CV                          V.

BRENDA PONCE AND RICCO GONZALEZ, AS NATURAL PARENTS, NEXT FRIENDS AND LEGAL GUARDIANS OF E.G., A MINOR, Appellees

_____

This cause, an appeal from the order denying Memorial Hermann Hospital System's motion to dismiss, signed January 27, 2014, was heard on the transcript of the record. We have inspected the record and find error in the trial court's order. We therefore order the trial court's order denying Memorial Hermann Hospital System's motion to dismiss **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Brenda Ponce and Ricco Gonzalez, as Natural Parents, Next Friends and Legal Guardians of E.G., a Minor.

We further order this decision certified below for observance.